UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JUDGE BAER
07 CIV 9317

| CAMOFI MASTER LDC, | |
|---|---|
| | Plaintiff, |
| -v- | |
| GLOBAL AXCESS CORP., | |
| | Defendant. |

Rule 7.1 Statement

RECEIVED
OCT 17 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

CAMOFI MASTER LDC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff has no parents, affiliates and/or subsidiaries which are publicly held.

**Date:** October 17, 2007

Signature of Attorney

**Attorney Bar Code:** JJ1907