UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CAMOFI MASTER LDC, | : |
| Plaintiff, | : No. 07 Civ. 9317 (HB) |
| - against - | : |
| GLOBAL AXCESS CORP, | : DEFENDANT GLOBAL AXCESS CORP'S RULE 7.1 DISCLOSURE |
| Defendant. | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Global Axcess Corp hereby certifies that it does not have any parent corporation and that there is no publicly held corporation that owns 10% or more of Global Axcess Corp's stock.

Dated: New York, New York
        November 19, 2007

Respectfully submitted,

/s/ Kenneth J. King
_____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018-1405
(212) 808-2700

Attorneys for Defendant Global Axcess Corp

OF COUNSEL:

M. Duncan Grant
Eric J. Goldberg
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799
(215) 981-4000

Steven E. Brust
James H. Cummings
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
(904) 598-6100

9061318

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, the foregoing Defendant Global Axcess Corp.'s Rule 7.1 Disclosure was filed via CM / ECF, which will provide notification of filing to the following counsel, and that such document was also served on the following counsel by hand delivery:

> Joseph Thomas Johnson, III
> Eaton & Van Winkle LLP
> Three Park Avenue
> 16th Floor
> New York, NY 10016

Suzanne M. D'Amico (SD 3581)