UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMOFI MASTER LDC,

                Plaintiff,

- against -

GLOBAL AXCESS CORP,

                Defendant.

No. 07 Civ. 9317 (HB)

MOTION OF DEFENDANT GLOBAL AXCESS CORP TO DISMISS THE COMPLAINT

---

      Pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), defendant Global Axcess Corp hereby moves to dismiss the Complaint. The Motion is supported by the accompanying memorandum of law and affidavit of Kenneth J. King.

Dated: New York, New York
       November 19, 2007

Respectfully submitted,

OF COUNSEL:

M. Duncan Grant
Eric J. Goldberg
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Steven E. Brust
James H. Cummings
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
(904) 598-6100

/s/ Kenneth J. King
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendant Global Axcess Corp

#9062946 v1