UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMOFI MASTER LDC,                          :
                                            :
                              Plaintiff,    :       No. 07 Civ. 9317 (HB)
                                            :
      - against -                           :
                                            :       NOTICE OF MOTION OF
GLOBAL AXCESS CORP,                         :       DEFENDANT GLOBAL AXCESS
                                            :       CORP TO DISMISS THE
                              Defendant.    :       COMPLAINT
                                            :

**PLEASE TAKE NOTICE** that upon the Affidavit of Kenneth J. King, dated

November 19, 2007, the exhibits annexed thereto, and the accompanying Memorandum of Law,

attorneys for defendant Global Axcess Corp shall move this Court before the Honorable Harold

Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse,

500 Pearl Street, New York, New York  10007, for an order dismissing the Complaint in its

entirety pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6), and for such other and

further relief as the Court may deem just and proper.  Global Axcess Corp does not request oral

argument, and under this Court's individual practices, a date and time for a hearing, if any, are

therefore not to be set at this time.

#9062946 v1

PURSUANT to Local Rule 6.1(b), opposition papers shall be served on or before December 4, 2007 and reply papers shall be served on or before December 11, 2007.

Dated: New York, New York
       November 19, 2007

Respectfully submitted,

OF COUNSEL:

M. Duncan Grant
Eric J. Goldberg
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
(215) 981-4000

Steven E. Brust
James H. Cummings
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL 32202
(904) 598-6100

/s/ Kenneth J. King
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendant Global Axcess Corp

#9062946 v1