UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMOFI MASTER LDC,

                      Plaintiff,            No. 07 Civ. 9317 (HB)

- against -

GLOBAL AXCESS CORP,

                      Defendant.

---

## ORDER

IT IS HEREBY ORDERED, this ___ day of _____, 200__, upon consideration of the Motion of Defendant Global Axcess Corp to dismiss the Complaint, and upon consideration of the plaintiffs' response to such Motion, that the Motion is GRANTED, and the Complaint is DISMISSED WITH PREJUDICE.

 

_____
Harold Baer, Jr.
United States District Judge

#9062946 v1