UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAMOFI MASTER LDC,

    Plaintiff,

- against -

GLOBAL AXCESS CORP,

    Defendant.

---

Case No. 07 CIV 9317 (HB)

AFFIDAVIT IN SUPPORT OF DEFENDANT GLOBAL AXCESS CORP'S MOTION TO DISMISS THE COMPLAINT

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  KENNETH J. KING, being duly sworn, deposes and says:

  1. I am an attorney-at-law licensed to practice in the State of New York and before the United States District Court for the Southern District of New York. I am a partner with the law firm Pepper Hamilton LLP, attorneys for Defendant Global Axcess Corp ("Global Axcess") in the above-captioned matter.

  2. I have personal knowledge of the facts set forth below and I make this Affidavit in support of Global Axcess's Motion to Dismiss the Complaint.

  3. Attached as Exhibit A is a true and correct copy of the Complaint filed in this action (with its attachments).

  4. Attached as Exhibit B is a true and correct copy of Global Axcess's Form 10-QSB for the quarter ended September 30, 2005, which is referenced in Global Axcess' Memorandum of Law in support of its Motion to Dismiss.

-2-

5. Attached as Exhibit C is a true and correct copy of a LexisNexis report of Global Axcess' stock price history from October 27, 2005 through October 17, 2007, portions of which are referenced in Global Axcess' Memorandum of Law in support of its Motion to Dismiss.

WHEREFORE, it is respectfully requested that defendant Global Axcess' Motion to Dismiss be granted.

Dated: New York, New York
November 19, 2007

_____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY  10018-1405
(202) 808-2700

Attorney for Defendant Global Axcess Corp

Sworn to and subscribed before me this ___19___ day of November, 2007.

_____
Notary Public

MICHAEL PALITZ
Notary Public, State of New York
No. 01PA6133474
Qualified in Westchester County
Commission Expires 9/19/2009