# Exhibit C

 Back to *lexis.com*®

## Historical Quotes Data Supplied by SUNGARD

Search | Results

 Prev | Next    Next Steps [New Search] Go

**GAXC - Global Axcess Corporation Com New (OTC Bulletin Board)**
Dates available: 09/17/1997 - 11/15/2007
**Currency:** Currency as reported (CAR)    **Frequency:** Daily prices
**Date(s):** 10/27/2005 - 10/17/2007    **Exchange:** OTC Bulletin Board

View Tables  Get Charts                                Open as Spreadsheet

| Date | Close | High | Low | Volume |
|---|---|---|---|---|
| 10/27/2005 | 1.37 | 1.38 | 1.37 | 25,820 |
| 10/28/2005 | 1.35 | 1.38 | 1.35 | 260,000 |
| 10/31/2005 | 1.33 | 1.34 | 1.33 | 6,630 |
| 11/01/2005 | 1.41 | 1.42 | 1.30 | 40,550 |
| 11/02/2005 | 1.41 | 1.41 | 1.38 | 88,380 |
| 11/03/2005 | 1.46 | 1.46 | 1.40 | 49,200 |
| 11/04/2005 | 1.40 | 1.45 | 1.39 | 67,110 |
| 11/07/2005 | 1.39 | 1.43 | 1.39 | 61,930 |
| 11/08/2005 | 1.34 | 1.40 | 1.29 | 91,800 |
| 11/09/2005 | 1.38 | 1.40 | 1.32 | 78,370 |
| 11/10/2005 | 1.35 | 1.35 | 1.34 | 27,800 |
| 11/11/2005 | 1.26 | 1.36 | 1.26 | 235,900 |
| 11/14/2005 | 1.28 | 1.30 | 1.23 | 80,240 |
| 11/15/2005 | 1.19 | 1.28 | 1.15 | 112,300 |
| 11/16/2005 | 1.21 | 1.22 | 1.18 | 48,260 |
| 11/17/2005 | 1.24 | 1.26 | 1.21 | 123,400 |
| 11/18/2005 | 1.22 | 1.27 | 1.17 | 26,300 |
| 11/21/2005 | 1.19 | 1.24 | 1.10 | 43,750 |
| 11/22/2005 | 1.18 | 1.18 | 1.15 | 23,400 |
| 11/23/2005 | 1.20 | 1.25 | 1.18 | 6,500 |
| 11/24/2005 | NA | NA | NA | NA |
| 11/25/2005 | 1.23 | 1.25 | 1.20 | 23,800 |
| 11/28/2005 | 1.18 | 1.25 | 1.17 | 30,350 |
| 11/29/2005 | 1.14 | 1.17 | 1.11 | 42,930 |

| Date | | | | |
|---|---|---|---|---|
| 11/30/2005 | 1.10 | 1.17 | 1.09 | 27,130 |
| 12/01/2005 | 1.10 | 1.15 | 1.09 | 40,210 |
| 12/02/2005 | 1.15 | 1.15 | 1.06 | 45,790 |
| 12/05/2005 | 1.10 | 1.15 | 1.09 | 53,090 |
| 12/06/2005 | 1.12 | 1.12 | 1.11 | 19,760 |
| 12/07/2005 | 1.12 | 1.12 | 1.11 | 29,640 |
| 12/08/2005 | 1.12 | 1.13 | 1.11 | 113,000 |
| 12/09/2005 | 1.12 | 1.13 | 1.10 | 39,540 |
| 12/12/2005 | 1.10 | 1.125 | 1.10 | 25,230 |
| 12/13/2005 | 1.07 | 1.09 | 1.05 | 19,980 |
| 12/14/2005 | 1.07 | 1.11 | 1.03 | 97,800 |
| 12/15/2005 | 1.05 | 1.05 | 1.05 | 2,700 |
| 12/16/2005 | 1.10 | 1.10 | 1.05 | 33,730 |
| 12/19/2005 | 1.05 | 1.12 | 1.05 | 17,550 |
| 12/20/2005 | 1.07 | 1.10 | 1.05 | 12,500 |
| 12/21/2005 | 1.08 | 1.11 | 1.05 | 8,250 |
| 12/22/2005 | 1.13 | 1.15 | 1.03 | 125,600 |
| 12/23/2005 | 1.05 | 1.13 | 1.05 | 11,700 |
| 12/26/2005 | NA | NA | NA | NA |
| 12/27/2005 | 1.05 | 1.09 | 1.04 | 33,600 |
| 12/28/2005 | 1.05 | 1.09 | 0.92 | 111,300 |
| 12/29/2005 | 1.10 | 1.11 | 1.04 | 40,920 |
| 12/30/2005 | 1.19 | 1.24 | 1.10 | 24,500 |
| 01/02/2006 | NA | NA | NA | NA |
| 01/03/2006 | 1.14 | 1.24 | 1.05 | 24,030 |
| 01/04/2006 | 1.19 | 1.19 | 1.16 | 31,220 |
| 01/05/2006 | 1.105 | 1.19 | 1.10 | 70,050 |
| 01/06/2006 | 1.05 | 1.14 | 0.95 | 73,440 |
| 01/09/2006 | 1.04 | 1.05 | 0.99 | 146,000 |
| 01/10/2006 | 1.00 | 1.05 | 1.00 | 107,400 |
| 01/11/2006 | 1.01 | 1.04 | 0.99 | 73,550 |
| 01/12/2006 | 1.05 | 1.10 | 1.01 | 47,330 |
| 01/13/2006 | 1.06 | 1.10 | 1.03 | 55,870 |
| 01/16/2006 | NA | NA | NA | NA |
| 01/17/2006 | 1.02 | 1.10 | 1.02 | 103,000 |
| 01/18/2006 | 1.02 | 1.07 | 1.00 | 38,900 |
| 01/19/2006 | 1.02 | 1.05 | 1.01 | 67,900 |
| 01/20/2006 | 1.02 | 1.02 | 1.01 | 4,530 |
| 01/23/2006 | 1.06 | 1.06 | 1.04 | 3,400 |
| 01/24/2006 | 1.10 | 1.10 | 1.06 | 2,740 |
| 01/25/2006 | 1.05 | 1.14 | 1.05 | 37,000 |
| 01/26/2006 | 1.02 | 1.08 | 1.00 | 92,990 |

| Date | | | | |
|---|---|---|---|---|
| 01/27/2006 | 1.05 | 1.05 | 1.02 | 7,600 |
| 01/30/2006 | 1.01 | 1.05 | 1.00 | 23,030 |
| 01/31/2006 | 1.05 | 1.05 | 1.00 | 58,300 |
| 02/01/2006 | 1.00 | 1.05 | 1.00 | 16,560 |
| 02/02/2006 | 1.04 | 1.09 | 0.98 | 23,700 |
| 02/03/2006 | 1.09 | 1.09 | 1.01 | 4,000 |
| 02/06/2006 | 1.09 | 1.09 | 1.01 | 14,620 |
| 02/07/2006 | 1.08 | 1.08 | 1.05 | 31,000 |
| 02/08/2006 | 1.03 | 1.08 | 1.03 | 13,800 |
| 02/09/2006 | 1.06 | 1.09 | 1.03 | 11,900 |
| 02/10/2006 | 1.03 | 1.03 | 1.03 | 4,500 |
| 02/13/2006 | 1.05 | 1.05 | 1.05 | 2,500 |
| 02/14/2006 | 1.05 | 1.05 | 0.98 | 45,610 |
| 02/15/2006 | 1.02 | 1.06 | 0.98 | 32,320 |
| 02/16/2006 | 1.00 | 1.01 | 0.98 | 53,590 |
| 02/17/2006 | 1.00 | 1.05 | 0.98 | 57,900 |
| 02/20/2006 | NA | NA | NA | NA |
| 02/21/2006 | 1.02 | 1.04 | 1.00 | 47,800 |
| 02/22/2006 | 1.04 | 1.05 | 1.02 | 27,060 |
| 02/23/2006 | 1.00 | 1.15 | 1.00 | 48,700 |
| 02/24/2006 | 0.98 | 1.03 | 0.94 | 42,000 |
| 02/27/2006 | 1.09 | 1.09 | 0.93 | 80,550 |
| 02/28/2006 | 1.00 | 1.15 | 1.00 | 27,800 |
| 03/01/2006 | 1.05 | 1.05 | 1.02 | 10,200 |
| 03/02/2006 | 1.02 | 1.03 | 1.02 | 18,620 |
| 03/03/2006 | 1.10 | 1.10 | 1.01 | 44,790 |
| 03/06/2006 | 1.00 | 1.10 | 1.00 | 40,300 |
| 03/07/2006 | 1.001 | 1.001 | 0.98 | 7,500 |
| 03/08/2006 | 1.04 | 1.04 | 1.04 | 13,000 |
| 03/09/2006 | 1.005 | 1.005 | 1.00 | 6,700 |
| 03/10/2006 | 1.05 | 1.05 | 1.00 | 17,610 |
| 03/13/2006 | 1.05 | 1.05 | 1.04 | 7,340 |
| 03/14/2006 | 1.09 | 1.09 | 1.03 | 39,190 |
| 03/15/2006 | 1.02 | 1.05 | 1.02 | 9,500 |
| 03/16/2006 | 1.04 | 1.04 | 1.02 | 28,550 |
| 03/17/2006 | 1.06 | 1.06 | 1.04 | 44,700 |
| 03/20/2006 | 1.06 | 1.06 | 1.00 | 77,600 |
| 03/21/2006 | 1.03 | 1.06 | 1.00 | 132,200 |
| 03/22/2006 | 1.01 | 1.03 | 1.01 | 44,540 |
| 03/23/2006 | 1.03 | 1.03 | 1.00 | 102,800 |
| 03/24/2006 | 1.02 | 1.025 | 1.005 | 78,150 |
| 03/27/2006 | 1.01 | 1.02 | 1.00 | 20,200 |

| Date | | | | |
|---|---|---|---|---|
| 03/28/2006 | 1.01 | 1.03 | 1.00 | 180,900 |
| 03/29/2006 | 0.98 | 1.02 | 0.98 | 253,400 |
| 03/30/2006 | 0.83 | 0.99 | 0.83 | 191,600 |
| 03/31/2006 | 0.76 | 0.87 | 0.71 | 228,300 |
| 04/03/2006 | 0.75 | 0.78 | 0.61 | 255,800 |
| 04/04/2006 | 0.70 | 0.75 | 0.70 | 62,150 |
| 04/05/2006 | 0.711 | 0.80 | 0.70 | 14,570 |
| 04/06/2006 | 0.80 | 0.80 | 0.721 | 2,680 |
| 04/07/2006 | 0.79 | 0.80 | 0.721 | 8,020 |
| 04/10/2006 | 0.71 | 0.72 | 0.70 | 55,480 |
| 04/11/2006 | 0.70 | 0.72 | 0.70 | 30,880 |
| 04/12/2006 | 0.701 | 0.701 | 0.70 | 19,700 |
| 04/13/2006 | 0.74 | 0.75 | 0.701 | 13,450 |
| 04/14/2006 | NA | NA | NA | NA |
| 04/17/2006 | 0.75 | 0.75 | 0.72 | 6,100 |
| 04/18/2006 | 0.75 | 0.75 | 0.73 | 7,300 |
| 04/19/2006 | 0.71 | 0.74 | 0.66 | 65,390 |
| 04/20/2006 | 0.85 | 0.85 | 0.71 | 46,950 |
| 04/21/2006 | 0.92 | 0.92 | 0.82 | 28,500 |
| 04/24/2006 | 0.82 | 0.92 | 0.82 | 33,130 |
| 04/25/2006 | 0.85 | 0.86 | 0.85 | 23,000 |
| 04/26/2006 | 0.82 | 0.82 | 0.82 | 3,000 |
| 04/27/2006 | 0.82 | 0.82 | 0.82 | 790 |
| 04/28/2006 | 0.83 | 0.90 | 0.83 | NA |
| 05/01/2006 | 0.90 | 0.90 | 0.84 | 7,730 |
| 05/02/2006 | 0.85 | 0.90 | 0.84 | 2,500 |
| 05/03/2006 | 0.93 | 0.95 | 0.85 | 117,100 |
| 05/04/2006 | 0.84 | 0.90 | 0.84 | 24,500 |
| 05/05/2006 | 0.82 | 0.88 | 0.82 | 28,150 |
| 05/08/2006 | 0.84 | 0.84 | 0.82 | 9,460 |
| 05/09/2006 | 0.87 | 0.90 | 0.87 | 6,500 |
| 05/10/2006 | 0.87 | 0.89 | 0.87 | NA |
| 05/11/2006 | 0.80 | 0.87 | 0.80 | 78,750 |
| 05/12/2006 | 0.75 | 0.81 | 0.75 | 25,250 |
| 05/15/2006 | 0.75 | 0.75 | 0.75 | 5,500 |
| 05/16/2006 | 0.71 | 0.75 | 0.70 | 13,430 |
| 05/17/2006 | 0.73 | 0.73 | 0.71 | 13,500 |
| 05/18/2006 | 0.73 | 0.73 | 0.73 | 11,000 |
| 05/19/2006 | 0.75 | 0.75 | 0.74 | 24,120 |
| 05/22/2006 | 0.73 | 0.73 | 0.73 | 1,000 |
| 05/23/2006 | 0.76 | 0.78 | 0.75 | 26,800 |
| 05/24/2006 | 0.81 | 0.81 | 0.73 | 131,500 |

| Date | Open | High | Low | Volume |
|---|---|---|---|---|
| 05/25/2006 | 0.80 | 0.81 | 0.80 | 33,000 |
| 05/26/2006 | 0.77 | 0.77 | 0.77 | 2,500 |
| 05/29/2006 | NA | NA | NA | NA |
| 05/30/2006 | 0.77 | 0.77 | 0.77 | 13,230 |
| 05/31/2006 | 0.70 | 0.77 | 0.70 | 36,900 |
| 06/01/2006 | 0.70 | 0.74 | 0.70 | 39,900 |
| 06/02/2006 | 0.65 | 0.69 | 0.65 | 17,700 |
| 06/05/2006 | 0.62 | 0.66 | 0.62 | 40,610 |
| 06/06/2006 | 0.62 | 0.62 | 0.56 | 109,000 |
| 06/07/2006 | 0.60 | 0.62 | 0.60 | 33,500 |
| 06/08/2006 | 0.51 | 0.58 | 0.50 | 223,300 |
| 06/09/2006 | 0.48 | 0.505 | 0.48 | 48,400 |
| 06/12/2006 | 0.53 | 0.53 | 0.48 | 25,900 |
| 06/13/2006 | 0.42 | 0.52 | 0.42 | 126,300 |
| 06/14/2006 | 0.46 | 0.46 | 0.41 | 44,340 |
| 06/15/2006 | 0.50 | 0.57 | 0.50 | 134,000 |
| 06/16/2006 | 0.62 | 0.62 | 0.45 | 1,200 |
| 06/19/2006 | 0.55 | 0.61 | 0.55 | 24,380 |
| 06/20/2006 | 0.52 | 0.53 | 0.52 | 28,500 |
| 06/21/2006 | 0.52 | 0.52 | 0.52 | 200 |
| 06/22/2006 | 0.60 | 0.60 | 0.60 | 2,000 |
| 06/23/2006 | 0.60 | 0.60 | 0.60 | 12,050 |
| 06/26/2006 | 0.58 | 0.58 | 0.58 | 13,000 |
| 06/27/2006 | 0.50 | 0.56 | 0.42 | 103,000 |
| 06/28/2006 | 0.47 | 0.60 | 0.47 | NA |
| 06/29/2006 | 0.55 | 0.55 | 0.52 | 2,000 |
| 06/30/2006 | 0.55 | 0.58 | 0.50 | 2,350 |
| 07/03/2006 | 0.58 | 0.58 | 0.58 | 4,000 |
| 07/04/2006 | NA | NA | NA | NA |
| 07/05/2006 | 0.50 | 0.55 | 0.50 | NA |
| 07/06/2006 | 0.58 | 0.60 | 0.52 | 15,700 |
| 07/07/2006 | 0.58 | 0.58 | 0.58 | 5,500 |
| 07/10/2006 | 0.53 | 0.53 | 0.53 | 1,400 |
| 07/11/2006 | 0.53 | 0.58 | 0.53 | NA |
| 07/12/2006 | 0.55 | 0.55 | 0.53 | 8,500 |
| 07/13/2006 | 0.53 | 0.53 | 0.53 | 8,030 |
| 07/14/2006 | 0.53 | 0.58 | 0.53 | 2,700 |
| 07/17/2006 | 0.55 | 0.58 | 0.50 | 22,670 |
| 07/18/2006 | 0.61 | 0.61 | 0.58 | 35,170 |
| 07/19/2006 | 0.64 | 0.65 | 0.64 | 15,000 |
| 07/20/2006 | 0.60 | 0.60 | 0.57 | 42,200 |
| 07/21/2006 | 0.55 | 0.55 | 0.55 | 1,000 |

| Date | | | | |
|---|---|---|---|---|
| 07/24/2006 | 0.60 | 0.60 | 0.60 | 5,000 |
| 07/25/2006 | 0.55 | 0.60 | 0.55 | NA |
| 07/26/2006 | 0.60 | 0.60 | 0.60 | 5,000 |
| 07/27/2006 | 0.60 | 0.60 | 0.60 | 34,840 |
| 07/28/2006 | 0.65 | 0.70 | 0.63 | 14,700 |
| 07/31/2006 | 0.70 | 0.70 | 0.70 | 3,600 |
| 08/01/2006 | 0.70 | 0.70 | 0.65 | 27,000 |
| 08/02/2006 | 0.67 | 0.67 | 0.67 | 9,600 |
| 08/03/2006 | 0.63 | 0.65 | 0.60 | 11,060 |
| 08/04/2006 | 0.70 | 0.70 | 0.65 | 4,500 |
| 08/07/2006 | 0.69 | 0.69 | 0.60 | 3,500 |
| 08/08/2006 | 0.63 | 0.70 | 0.63 | NA |
| 08/09/2006 | 0.63 | 0.63 | 0.62 | 9,600 |
| 08/10/2006 | 0.60 | 0.65 | 0.60 | 28,550 |
| 08/11/2006 | 0.62 | 0.62 | 0.60 | 10,320 |
| 08/14/2006 | 0.60 | 0.65 | 0.56 | 39,390 |
| 08/15/2006 | 0.60 | 0.62 | 0.59 | 11,500 |
| 08/16/2006 | 0.60 | 0.60 | 0.56 | 16,500 |
| 08/17/2006 | 0.55 | 0.60 | 0.55 | 30,000 |
| 08/18/2006 | 0.55 | 0.55 | 0.55 | 9,500 |
| 08/21/2006 | 0.62 | 0.62 | 0.60 | 23,500 |
| 08/22/2006 | 0.58 | 0.60 | 0.55 | 28,500 |
| 08/23/2006 | 0.55 | 0.60 | 0.55 | NA |
| 08/24/2006 | 0.55 | 0.56 | 0.52 | 41,700 |
| 08/25/2006 | 0.55 | 0.55 | 0.52 | 10,900 |
| 08/28/2006 | 0.54 | 0.55 | 0.54 | 7,220 |
| 08/29/2006 | 0.55 | 0.57 | 0.55 | 28,500 |
| 08/30/2006 | 0.55 | 0.55 | 0.55 | 2,000 |
| 08/31/2006 | 0.55 | 0.55 | 0.54 | 11,580 |
| 09/01/2006 | 0.55 | 0.55 | 0.54 | 6,500 |
| 09/04/2006 | NA | NA | NA | NA |
| 09/05/2006 | 0.50 | 0.54 | 0.45 | 14,500 |
| 09/06/2006 | 0.50 | 0.51 | 0.45 | 29,900 |
| 09/07/2006 | 0.51 | 0.53 | 0.51 | NA |
| 09/08/2006 | 0.50 | 0.53 | 0.50 | 30,890 |
| 09/11/2006 | 0.46 | 0.47 | 0.42 | 40,400 |
| 09/12/2006 | 0.48 | 0.48 | 0.43 | 16,200 |
| 09/13/2006 | 0.44 | 0.47 | 0.44 | NA |
| 09/14/2006 | 0.42 | 0.45 | 0.42 | 44,380 |
| 09/15/2006 | 0.42 | 0.42 | 0.42 | 8,500 |
| 09/18/2006 | 0.44 | 0.44 | 0.42 | 30,100 |
| 09/19/2006 | 0.44 | 0.44 | 0.41 | 5,100 |

| Date | | | | |
|---|---|---|---|---|
| 09/20/2006 | 0.42 | 0.42 | 0.39 | 59,600 |
| 09/21/2006 | 0.40 | 0.40 | 0.40 | 700 |
| 09/22/2006 | 0.40 | 0.40 | 0.40 | 16,000 |
| 09/25/2006 | 0.40 | 0.40 | 0.40 | 4,820 |
| 09/26/2006 | 0.43 | 0.43 | 0.43 | 13,700 |
| 09/27/2006 | 0.40 | 0.40 | 0.3999 | 27,740 |
| 09/28/2006 | 0.38 | 0.40 | 0.38 | 11,940 |
| 09/29/2006 | 0.39 | 0.39 | 0.35 | 80,900 |
| 10/02/2006 | 0.40 | 0.40 | 0.38 | 83,700 |
| 10/03/2006 | 0.39 | 0.39 | 0.36 | 13,100 |
| 10/04/2006 | 0.41 | 0.43 | 0.41 | 32,500 |
| 10/05/2006 | 0.36 | 0.40 | 0.35 | 92,890 |
| 10/06/2006 | 0.35 | 0.40 | 0.35 | NA |
| 10/09/2006 | 0.40 | 0.40 | 0.40 | 66,000 |
| 10/10/2006 | 0.40 | 0.40 | 0.40 | 17,700 |
| 10/11/2006 | 0.48 | 0.495 | 0.40 | 150,500 |
| 10/12/2006 | 0.48 | 0.50 | 0.48 | 67,400 |
| 10/13/2006 | 0.51 | 0.51 | 0.50 | 25,000 |
| 10/16/2006 | 0.47 | 0.55 | 0.47 | NA |
| 10/17/2006 | 0.46 | 0.53 | 0.46 | NA |
| 10/18/2006 | 0.45 | 0.50 | 0.43 | 5,880 |
| 10/19/2006 | 0.46 | 0.46 | 0.41 | 40,300 |
| 10/20/2006 | 0.49 | 0.49 | 0.45 | 100,500 |
| 10/23/2006 | 0.47 | 0.50 | 0.47 | NA |
| 10/24/2006 | 0.49 | 0.52 | 0.4899 | 47,140 |
| 10/25/2006 | 0.48 | 0.48 | 0.48 | 15,000 |
| 10/26/2006 | 0.50 | 0.50 | 0.50 | 3,200 |
| 10/27/2006 | 0.46 | 0.46 | 0.46 | 400 |
| 10/30/2006 | 0.48 | 0.48 | 0.48 | 20,000 |
| 10/31/2006 | 0.49 | 0.49 | 0.49 | 5,000 |
| 11/01/2006 | 0.48 | 0.50 | 0.48 | NA |
| 11/02/2006 | 0.46 | 0.50 | 0.46 | 27,740 |
| 11/03/2006 | 0.42 | 0.50 | 0.42 | NA |
| 11/06/2006 | 0.49 | 0.49 | 0.49 | 10,300 |
| 11/07/2006 | 0.49 | 0.50 | 0.49 | 11,500 |
| 11/08/2006 | 0.43 | 0.48 | 0.43 | NA |
| 11/09/2006 | 0.40 | 0.45 | 0.40 | NA |
| 11/10/2006 | 0.40 | 0.45 | 0.40 | NA |
| 11/13/2006 | 0.38 | 0.42 | 0.36 | 59,710 |
| 11/14/2006 | 0.37 | 0.37 | 0.36 | 10,000 |
| 11/15/2006 | 0.45 | 0.45 | 0.37 | 7,910 |
| 11/16/2006 | 0.45 | 0.45 | 0.45 | 6,000 |

| Date | Open | High | Low | Volume |
|---|---|---|---|---|
| 11/17/2006 | 0.40 | 0.42 | 0.36 | 28,600 |
| 11/20/2006 | 0.43 | 0.43 | 0.40 | 23,900 |
| 11/21/2006 | 0.41 | 0.49 | 0.40 | 29,300 |
| 11/22/2006 | 0.41 | 0.41 | 0.41 | 400 |
| 11/23/2006 | NA | NA | NA | NA |
| 11/24/2006 | 0.41 | 0.46 | 0.41 | NA |
| 11/27/2006 | 0.39 | 0.39 | 0.39 | 650 |
| 11/28/2006 | 0.36 | 0.40 | 0.35 | 55,150 |
| 11/29/2006 | 0.32 | 0.37 | 0.31 | 90,830 |
| 11/30/2006 | 0.37 | 0.37 | 0.30 | 94,750 |
| 12/01/2006 | 0.38 | 0.38 | 0.35 | 6,000 |
| 12/04/2006 | 0.39 | 0.39 | 0.35 | 30,000 |
| 12/05/2006 | 0.39 | 0.39 | 0.33 | 18,200 |
| 12/06/2006 | 0.34 | 0.34 | 0.34 | 800 |
| 12/07/2006 | 0.37 | 0.37 | 0.37 | 15,040 |
| 12/08/2006 | 0.36 | 0.37 | 0.33 | 158,200 |
| 12/11/2006 | 0.39 | 0.39 | 0.35 | 19,700 |
| 12/12/2006 | 0.37 | 0.39 | 0.37 | 22,360 |
| 12/13/2006 | 0.38 | 0.38 | 0.38 | 30,450 |
| 12/14/2006 | 0.36 | 0.36 | 0.36 | 5,000 |
| 12/15/2006 | 0.35 | 0.35 | 0.34 | 26,350 |
| 12/18/2006 | 0.35 | 0.36 | 0.34 | 280,400 |
| 12/19/2006 | 0.34 | 0.36 | 0.33 | 176,400 |
| 12/20/2006 | 0.35 | 0.36 | 0.33 | 17,580 |
| 12/21/2006 | 0.33 | 0.34 | 0.33 | 18,000 |
| 12/22/2006 | 0.34 | 0.36 | 0.33 | 88,120 |
| 12/25/2006 | NA | NA | NA | NA |
| 12/26/2006 | 0.35 | 0.36 | 0.34 | 209,500 |
| 12/27/2006 | 0.35 | 0.36 | 0.34 | 217,700 |
| 12/28/2006 | 0.35 | 0.36 | 0.35 | 20,400 |
| 12/29/2006 | 0.37 | 0.37 | 0.34 | 49,720 |
| 01/01/2007 | NA | NA | NA | NA |
| 01/02/2007 | NA | NA | NA | NA |
| 01/03/2007 | 0.37 | 0.39 | 0.36 | 21,900 |
| 01/04/2007 | 0.34 | 0.38 | 0.34 | 13,500 |
| 01/05/2007 | 0.34 | 0.35 | 0.33 | 9,000 |
| 01/08/2007 | 0.33 | 0.33 | 0.33 | 2,980 |
| 01/09/2007 | 0.35 | 0.35 | 0.32 | 54,420 |
| 01/10/2007 | 0.32 | 0.36 | 0.32 | 21,630 |
| 01/11/2007 | 0.33 | 0.35 | 0.33 | 61,610 |
| 01/12/2007 | 0.33 | 0.35 | 0.32 | 142,900 |
| 01/15/2007 | NA | NA | NA | NA |

| Date | | | | |
|---|---|---|---|---|
| 01/16/2007 | 0.33 | 0.35 | 0.33 | 29,490 |
| 01/17/2007 | 0.34 | 0.36 | 0.33 | 55,000 |
| 01/18/2007 | 0.32 | 0.32 | 0.32 | 4,500 |
| 01/19/2007 | 0.32 | 0.32 | 0.32 | 1,000 |
| 01/22/2007 | 0.335 | 0.335 | 0.32 | 15,500 |
| 01/23/2007 | 0.33 | 0.35 | 0.33 | 21,000 |
| 01/24/2007 | 0.33 | 0.33 | 0.33 | 10,000 |
| 01/25/2007 | 0.32 | 0.33 | 0.31 | 60,730 |
| 01/26/2007 | 0.32 | 0.32 | 0.31 | 5,100 |
| 01/29/2007 | 0.34 | 0.34 | 0.31 | 25,830 |
| 01/30/2007 | 0.31 | 0.34 | 0.31 | 33,000 |
| 01/31/2007 | 0.34 | 0.34 | 0.315 | 10,000 |
| 02/01/2007 | 0.38 | 0.38 | 0.377 | 4,740 |
| 02/02/2007 | 0.35 | 0.35 | 0.35 | 8,100 |
| 02/05/2007 | 0.31 | 0.32 | 0.31 | 6,200 |
| 02/06/2007 | 0.33 | 0.34 | 0.33 | 16,000 |
| 02/07/2007 | 0.32 | 0.32 | 0.31 | 25,300 |
| 02/08/2007 | 0.31 | 0.32 | 0.30 | 53,390 |
| 02/09/2007 | 0.32 | 0.32 | 0.31 | 2,780 |
| 02/12/2007 | 0.31 | 0.31 | 0.31 | 780 |
| 02/13/2007 | 0.37 | 0.37 | 0.31 | 29,000 |
| 02/14/2007 | 0.37 | 0.37 | 0.37 | 500 |
| 02/15/2007 | 0.31 | 0.31 | 0.31 | 2,000 |
| 02/16/2007 | 0.37 | 0.37 | 0.31 | 2,000 |
| 02/19/2007 | NA | NA | NA | NA |
| 02/20/2007 | 0.31 | 0.31 | 0.31 | 1,780 |
| 02/21/2007 | 0.30 | 0.32 | 0.30 | 18,000 |
| 02/22/2007 | 0.34 | 0.34 | 0.32 | 2,710 |
| 02/23/2007 | 0.33 | 0.33 | 0.33 | 520 |
| 02/26/2007 | 0.34 | 0.34 | 0.34 | 13,400 |
| 02/27/2007 | 0.35 | 0.35 | 0.35 | 8,000 |
| 02/28/2007 | 0.36 | 0.36 | 0.36 | 8,300 |
| 03/01/2007 | 0.32 | 0.34 | 0.32 | NA |
| 03/02/2007 | 0.33 | 0.33 | 0.32 | 10,000 |
| 03/05/2007 | 0.33 | 0.33 | 0.33 | 17,500 |
| 03/06/2007 | 0.31 | 0.32 | 0.31 | 35,250 |
| 03/07/2007 | 0.32 | 0.32 | 0.31 | 9,200 |
| 03/08/2007 | 0.33 | 0.33 | 0.27 | 5,100 |
| 03/09/2007 | 0.32 | 0.32 | 0.32 | 10,000 |
| 03/12/2007 | 0.33 | 0.33 | 0.31 | 6,780 |
| 03/13/2007 | 0.28 | 0.33 | 0.26 | 67,250 |
| 03/14/2007 | 0.28 | 0.30 | 0.28 | 25,000 |

| Date | Open | High | Low | Volume |
|---|---|---|---|---|
| 03/15/2007 | 0.25 | 0.26 | 0.23 | 138,900 |
| 03/16/2007 | 0.25 | 0.25 | 0.23 | 39,500 |
| 03/19/2007 | 0.25 | 0.26 | 0.25 | 58,000 |
| 03/20/2007 | 0.275 | 0.275 | 0.275 | 25,450 |
| 03/21/2007 | 0.25 | 0.275 | 0.25 | 2,600 |
| 03/22/2007 | 0.25 | 0.275 | 0.25 | NA |
| 03/23/2007 | 0.25 | 0.25 | 0.25 | 30,500 |
| 03/26/2007 | 0.24 | 0.24 | 0.24 | 6,400 |
| 03/27/2007 | 0.25 | 0.25 | 0.24 | 5,260 |
| 03/28/2007 | 0.24 | 0.24 | 0.24 | 6,000 |
| 03/29/2007 | 0.29 | 0.29 | 0.24 | 124,100 |
| 03/30/2007 | 0.33 | 0.33 | 0.27 | 144,400 |
| 04/02/2007 | 0.32 | 0.33 | 0.31 | 45,900 |
| 04/03/2007 | 0.30 | 0.30 | 0.30 | 10,000 |
| 04/04/2007 | 0.32 | 0.32 | 0.29 | 38,000 |
| 04/05/2007 | 0.30 | 0.31 | 0.29 | 24,000 |
| 04/06/2007 | NA | NA | NA | NA |
| 04/09/2007 | 0.29 | 0.30 | 0.28 | 45,600 |
| 04/10/2007 | 0.28 | 0.32 | 0.28 | 55,800 |
| 04/11/2007 | 0.30 | 0.30 | 0.28 | 69,800 |
| 04/12/2007 | 0.30 | 0.30 | 0.28 | 25,500 |
| 04/13/2007 | 0.28 | 0.30 | 0.28 | 39,650 |
| 04/16/2007 | 0.28 | 0.28 | 0.26 | 229,300 |
| 04/17/2007 | 0.27 | 0.28 | 0.26 | 81,200 |
| 04/18/2007 | 0.27 | 0.27 | 0.27 | 15,000 |
| 04/19/2007 | 0.26 | 0.27 | 0.26 | 11,000 |
| 04/20/2007 | 0.25 | 0.27 | 0.25 | 41,380 |
| 04/23/2007 | 0.285 | 0.29 | 0.27 | 55,000 |
| 04/24/2007 | 0.285 | 0.29 | 0.28 | 60,820 |
| 04/25/2007 | 0.27 | 0.28 | 0.27 | NA |
| 04/26/2007 | 0.27 | 0.27 | 0.27 | 9,880 |
| 04/27/2007 | 0.25 | 0.28 | 0.25 | 60,000 |
| 04/30/2007 | 0.27 | 0.275 | 0.27 | NA |
| 05/01/2007 | 0.27 | 0.28 | 0.27 | 31,370 |
| 05/02/2007 | 0.29 | 0.29 | 0.28 | 20,000 |
| 05/03/2007 | 0.28 | 0.28 | 0.25 | 21,000 |
| 05/04/2007 | 0.28 | 0.28 | 0.28 | 36,100 |
| 05/07/2007 | 0.29 | 0.29 | 0.29 | 4,800 |
| 05/08/2007 | 0.285 | 0.29 | 0.25 | 54,280 |
| 05/09/2007 | 0.28 | 0.28 | 0.28 | 11,970 |
| 05/10/2007 | 0.306 | 0.306 | 0.29 | 51,900 |
| 05/11/2007 | 0.30 | 0.305 | 0.30 | 65,400 |

| Date | Open | High | Low | Volume |
|---|---|---|---|---|
| 05/14/2007 | 0.285 | 0.31 | 0.285 | NA |
| 05/15/2007 | 0.29 | 0.29 | 0.285 | 780 |
| 05/16/2007 | 0.28 | 0.29 | 0.26 | 21,740 |
| 05/17/2007 | 0.28 | 0.28 | 0.28 | 1,000 |
| 05/18/2007 | 0.29 | 0.29 | 0.29 | 10,000 |
| 05/21/2007 | 0.30 | 0.31 | 0.29 | 60,000 |
| 05/22/2007 | 0.30 | 0.31 | 0.295 | 40,500 |
| 05/23/2007 | 0.30 | 0.30 | 0.30 | 24,530 |
| 05/24/2007 | 0.31 | 0.31 | 0.30 | 57,940 |
| 05/25/2007 | 0.30 | 0.301 | 0.30 | 67,580 |
| 05/28/2007 | NA | NA | NA | NA |
| 05/29/2007 | 0.305 | 0.305 | 0.30 | 32,650 |
| 05/30/2007 | 0.30 | 0.31 | 0.30 | 55,450 |
| 05/31/2007 | 0.30 | 0.305 | 0.30 | 41,000 |
| 06/01/2007 | 0.30 | 0.30 | 0.30 | 10,000 |
| 06/04/2007 | 0.30 | 0.30 | 0.30 | 15,410 |
| 06/05/2007 | 0.30 | 0.31 | 0.27 | 18,050 |
| 06/06/2007 | 0.29 | 0.30 | 0.29 | 10,000 |
| 06/07/2007 | 0.29 | 0.29 | 0.29 | 10,000 |
| 06/08/2007 | 0.27 | 0.29 | 0.27 | NA |
| 06/11/2007 | 0.27 | 0.29 | 0.27 | NA |
| 06/12/2007 | 0.27 | 0.29 | 0.27 | NA |
| 06/13/2007 | 0.27 | 0.27 | 0.27 | 210 |
| 06/14/2007 | 0.285 | 0.32 | 0.285 | NA |
| 06/15/2007 | 0.29 | 0.29 | 0.29 | 10,000 |
| 06/18/2007 | 0.295 | 0.30 | 0.295 | 30,000 |
| 06/19/2007 | 0.30 | 0.30 | 0.295 | 30,920 |
| 06/20/2007 | 0.26 | 0.295 | 0.26 | 23,750 |
| 06/21/2007 | 0.28 | 0.28 | 0.28 | 20,500 |
| 06/22/2007 | 0.29 | 0.29 | 0.27 | 23,210 |
| 06/25/2007 | 0.28 | 0.285 | 0.27 | 19,200 |
| 06/26/2007 | 0.27 | 0.27 | 0.27 | 3,000 |
| 06/27/2007 | 0.27 | 0.27 | 0.27 | 200 |
| 06/28/2007 | 0.27 | 0.27 | 0.27 | 2,140 |
| 06/29/2007 | 0.285 | 0.285 | 0.28 | 65,000 |
| 07/02/2007 | 0.27 | 0.29 | 0.27 | NA |
| 07/03/2007 | 0.27 | 0.29 | 0.27 | 49,450 |
| 07/04/2007 | NA | NA | NA | NA |
| 07/05/2007 | 0.28 | 0.28 | 0.28 | 8,700 |
| 07/06/2007 | 0.28 | 0.28 | 0.28 | 1,600 |
| 07/09/2007 | 0.27 | 0.29 | 0.27 | NA |
| 07/10/2007 | 0.27 | 0.29 | 0.27 | NA |

| Date | | | | |
|---|---|---|---|---|
| 07/11/2007 | 0.27 | 0.27 | 0.27 | 1,500 |
| 07/12/2007 | 0.26 | 0.29 | 0.26 | NA |
| 07/13/2007 | 0.30 | 0.30 | 0.28 | 76,000 |
| 07/16/2007 | 0.28 | 0.30 | 0.28 | NA |
| 07/17/2007 | 0.30 | 0.30 | 0.30 | 15,000 |
| 07/18/2007 | 0.28 | 0.30 | 0.28 | NA |
| 07/19/2007 | 0.29 | 0.29 | 0.28 | 47,200 |
| 07/20/2007 | 0.27 | 0.30 | 0.27 | NA |
| 07/23/2007 | 0.27 | 0.27 | 0.26 | 61,400 |
| 07/24/2007 | 0.28 | 0.28 | 0.26 | 33,550 |
| 07/25/2007 | 0.26 | 0.26 | 0.26 | 2,000 |
| 07/26/2007 | 0.26 | 0.26 | 0.26 | 38,500 |
| 07/27/2007 | 0.25 | 0.27 | 0.25 | 26,900 |
| 07/30/2007 | 0.26 | 0.26 | 0.25 | 45,200 |
| 07/31/2007 | 0.28 | 0.30 | 0.26 | 105,500 |
| 08/01/2007 | 0.27 | 0.28 | 0.27 | NA |
| 08/02/2007 | 0.27 | 0.28 | 0.27 | 19,000 |
| 08/03/2007 | 0.25 | 0.29 | 0.25 | NA |
| 08/06/2007 | 0.30 | 0.30 | 0.275 | 124,000 |
| 08/07/2007 | 0.31 | 0.32 | 0.30 | 97,030 |
| 08/08/2007 | 0.30 | 0.31 | 0.30 | 33,200 |
| 08/09/2007 | 0.30 | 0.32 | 0.30 | 142,900 |
| 08/10/2007 | 0.30 | 0.30 | 0.30 | 1,760 |
| 08/13/2007 | 0.28 | 0.29 | 0.28 | 10,000 |
| 08/14/2007 | 0.29 | 0.30 | 0.29 | 16,000 |
| 08/15/2007 | 0.29 | 0.29 | 0.28 | 15,800 |
| 08/16/2007 | 0.27 | 0.2701 | 0.27 | 119,200 |
| 08/17/2007 | 0.27 | 0.27 | 0.27 | 5,000 |
| 08/20/2007 | 0.27 | 0.285 | 0.27 | NA |
| 08/21/2007 | 0.27 | 0.2701 | 0.27 | 51,000 |
| 08/22/2007 | 0.25 | 0.285 | 0.25 | NA |
| 08/23/2007 | 0.25 | 0.285 | 0.25 | NA |
| 08/24/2007 | 0.30 | 0.30 | 0.285 | 26,000 |
| 08/27/2007 | 0.30 | 0.30 | 0.26 | 9,690 |
| 08/28/2007 | 0.28 | 0.31 | 0.28 | 10,500 |
| 08/29/2007 | 0.30 | 0.30 | 0.27 | 5,640 |
| 08/30/2007 | 0.29 | 0.30 | 0.27 | 25,000 |
| 08/31/2007 | 0.27 | 0.30 | 0.27 | NA |
| 09/03/2007 | NA | NA | NA | NA |
| 09/04/2007 | 0.30 | 0.30 | 0.30 | 5,000 |
| 09/05/2007 | 0.274 | 0.29 | 0.274 | NA |
| 09/06/2007 | 0.30 | 0.30 | 0.27 | 9,700 |

| Date | Open | High | Low | Volume |
|---|---|---|---|---|
| 09/07/2007 | 0.28 | 0.30 | 0.28 | NA |
| 09/10/2007 | 0.285 | 0.29 | 0.28 | 125,900 |
| 09/11/2007 | 0.29 | 0.30 | 0.281 | 74,580 |
| 09/12/2007 | 0.28 | 0.29 | 0.28 | 28,000 |
| 09/13/2007 | 0.27 | 0.28 | 0.26 | 59,580 |
| 09/14/2007 | 0.26 | 0.28 | 0.26 | NA |
| 09/17/2007 | 0.30 | 0.30 | 0.28 | 45,700 |
| 09/18/2007 | 0.27 | 0.30 | 0.27 | NA |
| 09/19/2007 | 0.30 | 0.30 | 0.30 | 20,000 |
| 09/20/2007 | 0.30 | 0.31 | 0.30 | 65,000 |
| 09/21/2007 | 0.30 | 0.30 | 0.30 | 4,250 |
| 09/24/2007 | 0.29 | 0.30 | 0.29 | 170,000 |
| 09/25/2007 | 0.28 | 0.29 | 0.27 | 24,000 |
| 09/26/2007 | 0.26 | 0.28 | 0.26 | 57,000 |
| 09/27/2007 | 0.28 | 0.29 | 0.27 | 66,420 |
| 09/28/2007 | 0.30 | 0.30 | 0.26 | 42,500 |
| 10/01/2007 | 0.27 | 0.29 | 0.27 | NA |
| 10/02/2007 | 0.28 | 0.29 | 0.28 | 45,000 |
| 10/03/2007 | 0.29 | 0.29 | 0.25 | 3,570 |
| 10/04/2007 | 0.25 | 0.29 | 0.25 | NA |
| 10/05/2007 | 0.26 | 0.29 | 0.26 | NA |
| 10/08/2007 | 0.28 | 0.29 | 0.26 | 12,120 |
| 10/09/2007 | 0.29 | 0.29 | 0.29 | 3,000 |
| 10/10/2007 | 0.28 | 0.29 | 0.28 | 42,690 |
| 10/11/2007 | 0.30 | 0.30 | 0.28 | 263,500 |
| 10/12/2007 | 0.30 | 0.30 | 0.30 | 31,000 |
| 10/15/2007 | 0.29 | 0.29 | 0.29 | 3,000 |
| 10/16/2007 | 0.27 | 0.29 | 0.27 | 7,400 |
| 10/17/2007 | 0.27 | 0.30 | 0.27 | NA |

Terms and Conditions | Copyright© 2005 LexisNexis®. All rights reserved.