<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 19, 2007, the foregoing Defendant Global Axcess Corp's Notice of Motion to Dismiss, Motion to Dismiss, proposed Order, Memorandum of Law in Support of Motion to Dismiss, and Affidavit of Kenneth J. King were filed via CM / ECF, which will provide notification of filing to the following counsel, and that such documents were also served on the following counsel by hand delivery:

> Joseph Thomas Johnson, III
> Eaton & Van Winkle LLP
> Three Park Avenue
> 16th Floor
> New York, NY 10016

Suzanne M. D'Amico (SD 3581)