ELECTRONICALLY FILED
DOC #
DATE FILED: 11/30/07

# EATON & VAN WINKLE LLP
3 PARK AVENUE
NEW YORK, NEW YORK 10016

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

Joseph T. Johnson
Associate

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Direct Dial: (212) 561-3632
Email: jjohnson@evw.com

November 29, 2007

**VIA FACSIMILE**
Hon. Harold Baer, Jr.
Chambers
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

NOV 29 2007

    RE:   CAMOFI Master LDC v. Global Axcess Corp.
            Case No. 07 Civ. 9317 (HB)

Dear Judge Baer:

Eaton & Van Winkle LLP represents Plaintiff CAMOFI Master LDC in the above-referenced matter. Defendant Global Axcess Corp., represented by Pepper Hamilton LLP, moved to dismiss the complaint, and such motion was filed on November 19, 2007. I have spoken to Suzanne D'Amico, Esq. of Pepper Hamilton, who has consented to extend Plaintiff's time to oppose the motion until Friday, December 14, 2007.

Plaintiff respectfully requests your Honor's approval of and consent to this extension. I include a current copy of the docket report for this case herewith.

In accordance with your Honor's individual practices, please also be advised that Plaintiff intends to file an amended pleading in this action.

Respectfully submitted,

Joseph T. Johnson

Enclosure

CC:
Kenneth J. King, Esq.
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405

*Time to answer extended to 12/14/07*
SO ORDERED:
Harold Baer, Jr., U.S.D.J.
11/30/07