IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMOFI Master LDC, | : | NO. 07 CV 9317 (HB) |
|     Plaintiff, | : | |
| Against | : | NOTICE OF MOTION FOR |
| | : | ADMISSION OF ERIC J. |
| Global Axcess Corp, | : | GOLDBERG *PRO HAC VICE* |
|     Defendant. | : | |

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Thomas E. Zemaitis, Esquire, executed on November 30, 2007, and the exhibits annexed thereto, Global Axcess Corp ("Global Axcess") will move this Court, before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time to be set by the Court, for an Order granting Eric J. Goldberg admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: New York New York
       November 30, 2007

Respectfully submitted,

_Kenneth J. King_ /SMD
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendant
Global Axcess Corp

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMOFI Master LDC, | : | NO. 07 CV 9317 (HB) |
| Plaintiff, | : | |
| | : | |
| Against | : | **MOTION FOR ADMISSION OF ERIC J. GOLDBERG *PRO HAC VICE*** |
| | : | |
| Global Axcess Corp, | : | |
| Defendant. | : | |

Pursuant to Local Rule 1.3(c), I, Kenneth J. King, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Eric J. Goldberg
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215-981-4000
goldberge@pepperlaw.com

Eric J. Goldberg is a member in good standing of the Bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Eric J. Goldberg in any State or Federal Court.

Dated: New York New York
November 30, 2007

Respectfully submitted,

_____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendant
Global Axcess Corp

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMOFI Master LDC,<br><br>      Plaintiff,<br><br>against<br><br><br><br>Global Axcess Corp,<br><br>      Defendant. | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | NO. 07 CV 9317 (HB)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF ERIC J. GOLDBERG *PRO HAC VICE*** |

Thomas E. Zemaitis, Esquire, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and a partner at Pepper Hamilton LLP, counsel for Defendant Global Axcess Corp ("Global Axcess") in this action. I submit this affidavit in support of Global Axcess' application for an order granting Eric J. Goldberg *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess, pursuant to Local Civil Rule 1.3(c).

2. Eric J. Goldberg is an associate at Pepper Hamilton LLP. He is admitted to practice before the courts of Pennsylvania. He has been and is a member in good standing of the Bar of the Commonwealth of Pennsylvania. His Certificate of Good Standing in the Bar of the Commonwealth of Pennsylvania is annexed hereto as Exhibit A.

3. Pursuant to Local Civil Rule 1.3(c), I request that Eric J. Goldberg be permitted to argue and try the above-captioned case.

4. Attached as Exhibit B is a proposed Order granting this motion.

5. There has been no prior application in this case for the *pro hac vice* admission of Eric J. Goldberg.

WHEREFORE, it is respectfully requested that this Court grant Eric J. Goldberg *pro hac vice* admission to the bar of this Court for the purpose of arguing and trying this case.

> Thomas E. Zemaitis (TZ 7168)
> PEPPER HAMILTON LLP
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA 19103
> (215) 981-4000

Sworn to before me this
27th day of November, 2007.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Florence M. Cohen, Notary Public
City Of Philadelphia, Philadelphia County
My Commission Expires Feb. 21, 2008

Member, Pennsylvania Association Of Notaries



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Eric Jay Goldberg, Esq.*

DATE OF ADMISSION

*December 2, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: November 28, 2007

Patricia A. Johnson
Chief Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMOFI Master LDC, | : | |
| Plaintiffs, | : | NO. 07 CV 9317 (HB) |
| | : | |
| v. | : | **ORDER FOR ADMISSION OF** |
| | : | **ERIC J. GOLDBERG** *PRO HAC* |
| Global Axcess Corp, | : | *VICE* |
| Defendants. | : | |

## **ORDER**

IT IS HEREBY ORDERED, this ___ day of _____, 2007, upon the motion of Defendant Global Axcess Corp ("Global Axcess") for an Order pursuant to Local Civil Rule 1.3(c) granting *pro hac vice* admission to Eric J. Goldberg in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

> Eric J. Goldberg
> Pepper Hamilton LLP
> 3000 Two Logan Square
> Eighteenth and Arch Streets
> Philadelphia, PA 19103
> 215-981-4000
> goldberge@pepperlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action on behalf of defendant Global Axcess Corp. If counsel does not already have an ECF password, he shall promptly apply for one at nysd.uscourts.gov.

Dated: New York, New York
_____, 2007

_____
Harold Baer, Jr.
United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, the foregoing Notice of Motion for Admission of M. Duncan Grant *Pro Hac Vice*, Motion, supporting Affidavit, and proposed Order was mailed to the following counsel:

> Joseph Thomas Johnson, III
> Eaton & Van Winkle, LLP
> Three Park Avenue
> 16th Floor
> New York, NY 10016

Suzanne M. D'Amico (SD 3581)