IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CAMOFI MASTER LDC, | : | NO. 07 CIV 9317 |
| Plaintiff, | : | |
| | : | **MOTION FOR** |
| v. | : | **ADMISSION OF STEVEN E.** |
| | : | **BRUST** *PRO HAC VICE* |
| GLOBAL AXCESS CORP, | : | |
| Defendant. | :: | |

PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth J. King, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

Steven E. Brust, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6107
Fax: (904) 598-6207
sebrust@sgrlaw.com

Steven E. Brust is a member in good standing of the Florida Bar. There are no pending disciplinary proceedings against Steven E. Brust in any State or Federal Court.

Dated: 11/29/07
City, State: New York, NY

Respectfully submitted,

_____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMOFI MASTER LDC,<br><br>         Plaintiff,<br><br>   v.<br><br>GLOBAL AXCESS CORP,<br><br>         Defendant. | NO. 07 CIV 9317<br><br>NOTICE OF MOTION FOR ADMISSION OF STEVEN E. BRUST *PRO HAC VICE* |

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Kenneth J. King, Esquire, executed on 11/29/07, and the exhibits annexed thereto, Global Axcess Corp will move this Court, before the Honorable Harold Baer, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time to be set by the Court, for an Order granting Steven E. Brust admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess Corp, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: November 29, 2007

Respectfully submitted,

By: _____
Kenneth J. King (KK 5567)
PEPPER HAMILTON LLP
620 8th Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAMOFI MASTER LDC, | NO. 07 CIV 9317 |
| Plaintiff, | |
| v. | **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION OF STEVEN E. BRUST *PRO HAC VICE*** |
| GLOBAL AXCESS CORP. | |
| Defendant. | |

Kenneth J. King, Esquire, being duly sworn, deposes and says:

1. I am a member of the bar of this Court and a partner at Pepper Hamilton LLP, counsel for Defendant Global Axcess Corp ("Global Axcess") in this action. I submit this affidavit in support of Global Axcess' application for an order granting Steven E. Brust *pro hac vice* admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

2. Steven E. Brust is a partner at Smith, Gambrell & Russell, LLP. He is admitted to practice before the Middle and Northern Courts of Florida. He has been and is a member in good standing of the Florida Bar. His Certificate of Good Standing in the Florida Bar is annexed hereto as Exhibit A.

3. Pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York, I request that Steven E. Brust be permitted to argue or try the above-captioned case.

4. Attached as Exhibit C is a proposed Order granting this motion.

5. There has been no prior application in this case for the *pro hac vice* admission of Steven E. Brust.

WHEREFORE, it is respectfully requested that this Court grant Steven Brust *pro hac vice* admission to the bar of this Court for the purpose of arguing and trying this case.

_____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 8th Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Sworn to before me this
29th day of November, 2007.

_____
Notary Public

SUZANNE DAMICO
Notary Public, State of New York
No. 02DA6176635
Qualified in New York County
Commission Expires Nov. 5, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL AXCESS CORP, | NO. 07 CIV 9317 |
| Plaintiff, | |
| v. | ORDER FOR ADMISSION OF STEVEN E. BRUST *PRO HAC VICE* |
| GLOBAL AXCESS CORP. | |
| Defendant. | |

## ORDER

On this ___ day of _____, 2007, upon the motion of Defendant Global Axcess Corp ("Global Axcess") for an Order pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York granting *pro hac vice* admission to Steven E. Brust in connection with the above-captioned case, and upon consideration of the motion and the affidavit in support thereof, it is ORDERED that

Steven E. Brust, Esq.
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, Florida 32202
Phone: (904) 598-6107
Fax: (904) 598-6207
sebrust@sgrlaw.com

is granted *pro hac vice* admission to the bar of this Court for the purpose of participating in, arguing and trying this action. Counsel shall immediately apply for any ECF password at nysd.uscourts.gov.

Dated:_____

                                                    _____
                                                    Harold Baer
                                                    United States District Judge



# The Florida Bar

**JOHN F. HARKNESS, JR.**
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida   )

County of Leon   )

          In Re:   832091
                   Steven Eric Brust
                   Smith Gambrell & Russell, LLP
                   50 N. Laura St., Ste. 2600
                   Jacksonville, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 8, 1989.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 3rd day of December, 2007.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lvm40i:R10

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of December, 2007, a true and correct copy of the foregoing was served upon the persons listed below via U.S. Mail:

Joseph T. Johnson
Eaton & Van Winkle, LLP
3 Park Avenue
New York, New York 10016

*Suzanne D'Amico*
Suzanne D'Amico