ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

CAMOFI MASTER LDC,

        Plaintiff,

v.

GLOBAL AXCESS CORP,

        Defendant.

NO. 07 CIV 9317

**MOTION FOR ADMISSION OF STEVEN E. BRUST *PRO HAC VICE***

---

PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth J. King, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

    Steven E. Brust, Esq.
    Smith, Gambrell & Russell, LLP
    50 North Laura Street, Suite 2600
    Jacksonville, Florida 32202
    Phone: (904) 598-6107
    Fax: (904) 598-6207
    sebrust@sgrlaw.com

Steven E. Brust is a member in good standing of the Florida Bar. There are no pending disciplinary proceedings against Steven E. Brust in any State or Federal Court.

Dated: 11/29/07
City, State: New York, New York

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/24/07

Respectfully submitted,

_____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700