EATON & VAN WINKLE LLP
3 PARK AVENUE
NEW YORK, NEW YORK 10016

WEST PALM BEACH, FLORIDA OFFICE
TELEPHONE: (561) 748-7740
FAX: (561) 744-8754

TELEPHONE: (212) 779-9910
FAX: (212) 779-9928

Joseph T. Johnson
Associate

Direct Dial: (212) 561-3632
Email: jjohnson@evw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 1/2/08

January 2, 2008




**VIA FAX AND MAIL**
Hon. Harold Baer, Jr.
Chambers
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: CAMOFI Master LDC v. Global Axcess Corp.
Case No. 07 Civ. 9317 (HB)

Dear Judge Baer:

Eaton & Van Winkle LLP represents Plaintiff CAMOFI Master LDC in the above-referenced matter. Defendant Global Axcess Corp. is represented by Pepper Hamilton LLP. The parties hereby jointly request a two week adjournment of the Pre-Trial Conference which is scheduled for tomorrow, January 2, 2008 at 3:15 p.m.

The reason for the requested adjournment is that the parties are actively engaged in settlement discussions and hope to obviate the need for further court intervention. In accordance with the Court's individual practices, enclosed please find a copy of the docket report. Lastly, I apologize for the lateness of the request, which is due to the intervening holiday.

Respectfully submitted,

Joseph T. Johnson

Enclosure

CC:
Kenneth J. King, Esq.
Pepper Hamilton LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, New York 10018-1405

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date: 1/2/08

Endorsement:

I will adjourn this time to next conference day, i.e., January 24 at 4:00 P.M. hopefully you will have a stipulation of discontinuance on my desk by that time.