USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

SCANNED

MICROFILMED
JAN - 2 2008 - 9:00 AM

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| CAMOFI Master LDC, | : | NO. 07 CV 9317 (HB) |
| Plaintiff, | : | |
| against | : | **NOTICE OF MOTION FOR ADMISSION OF M. DUNCAN GRANT *PRO HAC VICE*** |
| Global Axcess Corp, | : | |
| Defendant. | : | |

## MEMO ENDORSED

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Kenneth J. King, executed on November 30, 2007, and the exhibits annexed thereto, defendant Global Axcess Corp will move this Court, before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time as may be set by the Court, for an Order granting M. Duncan Grant admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess Corp, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: New York New York
       November 30, 2007

Respectfully submitted,

_____
Kenneth J. King (KK 3567)
Suzanne M. D'Amico (SD 3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700

Attorneys for Defendant
Global Axcess Corp

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*
*SO ORDERED.*
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/28/07