IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CAMOFI MASTER LDC,

        Plaintiff,

v.

GLOBAL AXCESS CORP,

        Defendant.

NO. 07 CIV 9317 (HB)

NOTICE OF MOTION FOR ADMISSION OF JAMES H. CUMMINGS *PRO HAC VICE*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07

MEMO ENDORSED

PLEASE TAKE NOTICE that upon the accompanying Affidavit of Kenneth J. King, Esquire, executed on 11/29/07, and the exhibits annexed thereto, Global Axcess Corp will move this Court, before the Honorable Harold Baer, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on such date and at such time to be set by the Court, for an Order granting James H. Cummings admission to this Court to argue and try the above-captioned action, in whole or in part, on behalf of Global Axcess Corp, pursuant to Local Civil Rule 1.3(c) of the United States District Court for the Southern District of New York.

Dated: November __, 2007

Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.

SO ORDERED.
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/28/07

Respectfully submitted,

By: _____
Kenneth J. King (KK 3567)
PEPPER HAMILTON LLP
620 8th Avenue, 37th Floor
New York, NY 10018-1405
(212) 808-2700