## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2008, the foregoing Defendant Global Axcess Corp's Answer and Counterclaim was filed via CM / ECF, which will provide notification of filing to the following counsel:

Joseph Thomas Johnson, III, Esq.
Eaton & Van Winkle LLP
Three Park Avenue
16th Floor
New York, NY 10016

_____
Suzanne M. D'Amico (SD 3581)