ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMOFI MASTER LDC,

    Plaintiff,

- against -

GLOBAL AXCESS CORP.,

    Defendant.

Case No. 07 CIV 9317 (HB)

**STIPULATION**

IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED, by and between counsel for the parties herein that the Plaintiff CAMOFI Master LDC shall have until April 21, 2008 by which to electronically file its reply to the counterclaim of Defendant Global Axcess Corp.

Dated: New, York, New York
      April 14, 2008

PEPPER HAMILTON LLP

By: _____
Suzanne M. D'Amico (SD 3561)
Counsel for Defendant Global Axcess Corp.
620 Eighth Avenue, 37th Floor
New York, New York 10018
(212) 808-2700

EATON & VAN WINKLE

By: _____
Joseph T. Johnson (JJ 1907)
Counsel for Plaintiff CAMOFI Master LDC
3 Park Avenue
New York, New York 10016
(212) 779-9910

SO ORDERED:

_____
U.S.D.J.     4/15/08

TOTAL P.02