UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMOFI MASTER LDC,

                      Plaintiff,

    - against -

GLOBAL AXCESS CORP,

                      Defendant.

:
:
:
:
:
:
:
:
:
:

No. 07 Civ. 9317 (HB)

NOTICE OF MOTION OF
DEFENDANT GLOBAL AXCESS
CORP FOR SUMMARY
JUDGMENT

**PLEASE TAKE NOTICE** that upon the Affidavit of Kenneth J. King, dated June 24, 2008, the exhibits annexed thereto, and the accompanying Memorandum of Law and Statement of Material Facts in Support of Summary Judgment Pursuant to Local Civil Rule 56.1, attorneys for defendant Global Axcess Corp shall move this Court before the Honorable Harold Baer, Jr., United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order granting Global Axcess Corp summary judgment on all of plaintiff CAMOFI Master LDC's claims set forth in its Amended Complaint pursuant to Federal Rule of Civil Procedure 56, and for such other and further relief as the Court may deem just and proper. Global Axcess Corp does not request oral argument, and under this Court's individual practices, a date and time for a hearing, if any, are not set at this time.

**PURSUANT** to Local Rule 6.1(b), opposition papers shall be served on or before

July 10, 2008 and reply papers shall be served on or before July 17, 2008.

Dated: New York, New York          Respectfully submitted,
      June 24, 2008

                                               /s/ Kenneth J. King

OF COUNSEL:                              Kenneth J. King (KK 3567)
                                            Suzanne M. D'Amico (SD 3581)

M. Duncan Grant                         PEPPER HAMILTON LLP
Eric J. Goldberg                        The New York Times Building
PEPPER HAMILTON LLP                     620 Eighth Avenue, 37th Floor
3000 Two Logan Square                   New York, NY  10018-1405
Eighteenth & Arch Streets               (212) 808-2700
Philadelphia, PA  19103-2799
(215) 981-4000

Steven E. Brust                         Attorneys for Defendant Global Axcess Corp
James H. Cummings
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600
Jacksonville, FL  32202
(904) 598-6100