<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 24, 2008, the foregoing Defendant Global Axcess

Corp's Notice of Motion for Summary Judgment, Statement of Material Facts in Support of

Summary Judgment Pursuant to Local Civil Rule 56.1, Memorandum of Law in Support of

Motion for Summary Judgment, and Affidavit of Kenneth J. King (with exhibits) were filed via

CM / ECF, which will provide notification of filing to the following counsel, and that such

documents were also served on the following counsel by overnight delivery:

       Joseph Thomas Johnson, III
       Eaton & Van Winkle LLP
       Three Park Avenue
       16th Floor
       New York, NY 10016

             Suzanne M. D'Amico (SD 3581)